# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 14-245-M |
| JOEVANY MANDES | : | |

## WRIT OF HABEAS CORPUS

AND NOW, this 12th day of March, 2014, the warden of CFCF in Philadelphia, as well as the United States Marshal for this district and agents of the Drug Enforcement Administration, are hereby ORDERED to produce Joevany Mandes, on Thursday, March 13, 2014, and at any further proceedings to be had in this case, and be retained in federal custody until final disposition of federal charges.

BY THE COURT:

**HONORABLE FAITH M. ANGELL**
*United States Magistrate Judge*

| | | |
|---|---|---|
| A.K.A.(s)(if applicable): Jovany Mandes | | (X) Male   ( ) Female |
| PPN #:  807434 | | DOB: |
| Facility Address: | CFCF, Philadelphia, PA | Race:  Hispanic |
| Facility Phone: | 215-685-8730 | FBI #: 136279KB4 |
| Release Date: | ____N/A_____ | |

2 cc: AUSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      v.                                       :          MAGISTRATE NO. 14-245-M

JOEVANY MANDES                    :

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

      (X) Ad Prosequendum                    ( ) Ad Testificandum.

Name of Detainee: Joevany Mandes, DOB:           , PPN #: 807434, FBI #: 136279KB4

Detained at (institution): __CFCF_____

Detainee is:    a)    (X) charged in this district by:

             ( ) Indictment     ( ) Information     (x) Complaint

             Charging Detainee with: PWID heroin, possession of firearm in drug trafficking crime, and possession of firearm by a convicted felon, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(c), and 18 U.S.C.§§ 924(c) and 922(g).

or              b)    ( ) a witness not otherwise available by ordinary process of the Court.

Detainee will:  a)    ( ) return to the custody of detaining facility upon termination of proceedings.

or              b)    (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary forthwith in the Eastern District of Pennsylvania on March 13, 2014.

                                      Respectfully submitted,

                                      ZANE DAVID MEMEGER
                                      United States Attorney

                                      THOMAS M. ZALESKI
                                      Assistant United States Attorney